IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON / GREENWOOD DIVISION

| | |
|---|---|
| United States of America, | 8:04cr1120-1 |
| | (8:08-cv-70083-HMH) |
| v. | 8:04cr1121-1 |
| | (8:08-cv-70084-HMH) |
| Dwayne Scott Selvey, | |
| | **OPINION AND ORDER** |
| Movant. | |

A document entitled "NOTICE OF APPEAL", referencing "Insufficient Counsel, and Prosecutor Misconduct", and "Failed to File appeal as Instructed" has been submitted to the court for consideration. The Clerk of Court may file the pleadings as of the date they were received for docketing, however, this action is not "in proper form."

The Administrative Office of the United States Courts has provided approved forms for filing motions under 28 U.S.C. § 2255. The correct form for a motion under 28 U.S.C. § 2255 is AO form 243. The Clerk of Court is directed to provide Movant with the proper forms for filing the motion, and if Movant wishes to proceed with this action, he/she is directed to submit an amended motion on the court-approved form for filing a § 2255 motion.

Movant is given 20 days from the date of this order to submit his/her motion in proper form. If Movant fails to provide to the Clerk of Court a motion on the proper forms within the period prescribed in this order, the Office of the Clerk of Court shall forward the file in the above-captioned case to the United States District Judge assigned to this case for a final order.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

July 24, 2008
Greenville, South Carolina

1